IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM PIERSON, as next friend of B.L.P. and A.J.P., minors,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.  4:25-cv-224<br><br><br><br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT / STATEMENT OF INTEREST |

    This Corporate Disclosure statement is filed on behalf of State Farm Mutual Automobile Company in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.:

    The filing part, or intervenor, hereby declares as follows:

    State Farm Mutual Automobile Insurance Company does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock. State Farm Mutual Automobile Insurance Company has a pecuniary interest in the outcome of this case.

    A supplemental disclosure statement will be filed upon any change in the information provided herein.

                                                          Respectfully submitted,

                                                          GREFE & SIDNEY, P.L.C.

                                By    */s/* Aaron W. Lindebak
                                        Guy R. Cook    AT0001623

                                    Clark I. Mitchell   AT0005354
                                    Aaron W. Lindebak   AT0011917
                                    500 East Court Avenue, Suite 200
                                    P.O. Box 10434
                                    Des Moines, Iowa 50306
                                    Telephone: (515) 245-4300
                                    Fax: (515) 245-4452
                                    E-mail: gcook@grefesidney.com
                                    E-mail: cmitchell@grefesidney.com
                                    E-mail: alindebak@grefesidney.com
                                    ATTORNEYS FOR DEFENDANT

                              Certification of Service

     The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein on July 25, 2025, via CM/ECF as follows:

J. Barton Goplerud
Brian O. Marty
Madeleine Miller
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
E-mail: goplerud@sagwlaw.com
E-mail: marty@sagwlaw.com
E-mail: mmiller@sagwlaw.com

George B. Jones
THE LAW OFFICE OF GEORGE B. JONES, PLLC
638 West Main Street
Lamoni, IA 50140
E-mail: topiowalawyer@gmail.com
ATTORNEYS FOR PLAINTIF

                                    By   /s/ Aaron W. Lindebak