IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM PIERSON, as next friend of B.L.P. and A.J.P., minors,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　Defendant. | CASE NO.  4:25-cv-224<br><br>CITIZENSHIP DISCLOSURE STATEMENT |

　　　As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant State Farm Mutual Automobile Insurance Company provides the following information regarding its citizenship:

　　　State Farm Mutual Automobile Insurance Company is domiciled in Illinois, is a citizen of Illinois, with its principal place of business in Illinois.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GREFE & SIDNEY, P.L.C.

　　　　　　　　　　　　　　　By　　/s/ Aaron W. Lindebak
　　　　　　　　　　　　　　　　　　Guy R. Cook　　AT0001623
　　　　　　　　　　　　　　　　　　Clark I. Mitchell　　AT0005354
　　　　　　　　　　　　　　　　　　Aaron W. Lindebak　　AT0011917
　　　　　　　　　　　　　　　　　　500 East Court Avenue, Suite 200
　　　　　　　　　　　　　　　　　　P.O. Box 10434
　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50306
　　　　　　　　　　　　　　　　　　Telephone: (515) 245-4300
　　　　　　　　　　　　　　　　　　Fax: (515) 245-4452
　　　　　　　　　　　　　　　　　　E-mail:  gcook@grefesidney.com
　　　　　　　　　　　　　　　　　　E-mail:  cmitchell@grefesidney.com
　　　　　　　　　　　　　　　　　　E-mail:  alindebak@grefesidney.com
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

Certification of Service

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein on July 28, 2025, via CM/ECF as follows:

J. Barton Goplerud
Brian O. Marty
Madeleine Miller
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
E-mail:  goplerud@sagwlaw.com
E-mail:  marty@sagwlaw.com
E-mail:  mmiller@sagwlaw.com

George B. Jones
THE LAW OFFICE OF GEORGE B. JONES, PLLC
638 West Main Street
Lamoni, IA 50140
E-mail: topiowalawyer@gmail.com
ATTORNEYS FOR PLAINTIF

By    /s/ Aaron W. Lindebak