IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM PIERSON, as next friend of B.L.P. and A.J.P., minors,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.  4:25-cv-00224<br><br><br>NOTICE OF SETTLEMENT |

COMES NOW Defendant State Farm Mutual Automobile Company and gives notice to the Court that this case has been settled. The settlement paperwork is currently being prepared and finalized. A dismissal will be filed timely. However, the parties request that all future deadlines and hearings be cancelled.

                                    Respectfully submitted,

                                    GREFE & SIDNEY, P.L.C.

                            By     */s/* Aaron W. Lindebak             
                                    Guy R. Cook     AT0001623
                                    Clark I. Mitchell     AT0005354
                                    Aaron W. Lindebak     AT0011917
                                    500 East Court Avenue, Suite 200
                                    P.O. Box 10434
                                    Des Moines, Iowa 50306
                                    Telephone: (515) 245-4300
                                    Fax: (515) 245-4452
                                    E-mail: gcook@grefesidney.com
                                    E-mail: cmitchell@grefesidney.com
                                    E-mail: alindebak@grefesidney.com
                                    ATTORNEYS FOR DEFENDANT

Certification of Service

    The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein on August 19, 2025, via CM/ECF as follows:

J. Barton Goplerud
Brian O. Marty
Madeleine Miller
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
E-mail: goplerud@sagwlaw.com
E-mail: marty@sagwlaw.com
E-mail: mmiller@sagwlaw.com

George B. Jones
THE LAW OFFICE OF GEORGE B. JONES, PLLC
638 West Main Street
Lamoni, IA 50140
E-mail: topiowalawyer@gmail.com
ATTORNEYS FOR PLAINTIFF

                                                By    /s/ Aaron W. Lindebak