# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| WILLIAM PIERSON, as next friend of B.L.P. and A.J.P., minors<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. 4:25-cv-00224-SMR-HCA<br><br><br>STIPULATION OF DISMISSAL |

**COME NOW** Plaintiff and Defendant and hereby stipulate to dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,


**/s/ J. Barton Goplerud**
**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
**Madeleine Miller, AT0015295**
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone:   (515) 223-4567
Facsimile:    (515) 223-8887
Email:    goplerud@sagwlaw.com
Email:    marty@sagwlaw.com
Email:    mmiller@sagwalaw.com

**George B. Jones, AT0003969**
The Law Office of George B. Jones, PLLC
638 W. Main Street
Lamoni, IA 50140
Telephone:	(515) 599-3400
Facsimile:	(515) 599-6226
Email:		TopIowaLawyer@gmail.com

***ATTORNEYS FOR PLAINTIFF***


**By /s/ Aaron W. Lindebak**
**Guy R. Cook AT0001623**
**Clark I. Mitchell AT0005354**
**Aaron W. Lindebak AT0011917**
500 East Court Avenue, Suite 200
P.O. Box 10434
Des Moines, Iowa 50306
Telephone: (515) 245-4300
Fax: (515) 245-4452
E-mail: gcook@grefesidney.com
E-mail: cmitchell@grefesidney.com
E-mail: alindebak@grefesidney.com

***ATTORNEYS FOR DEFENDANT***

2